UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
JUN 2 2 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | |
|---|---|
| GWENDA TILLER, | § |
| Plaintiff, | § |
| v. | §  CIVIL ACTION NO. 5:11-CV-00310-XR |
| COLLECTION TECHNOLOGY, INC. Defendant. | § |

## ORDER OF DISMISSAL

Having considered the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant COLLECTION TECHNOLOGY, INC., dismissing each claim and count therein asserted by Plaintiff against Defendant COLLECTION TECHNOLOGY, INC., the Court hereby finds that the Joint Stipulation of Dismissal with Prejudice is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that the above-styled action is dismissed with prejudice to the refiling of same with the parties to bear their own costs.

Signed on this the 22nd day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE
XAVIER RODRIGUEZ